AO-10 (w)
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huvelle, Ellen S. | U.S. District Court of D.C. | 03/26/1999 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Nominee | X Nomination, Date 03/25/1999 <br> Initial    Annual    Final | 01/01/1997 <br> to <br> 02/28/1999 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Indiana Avenue <br><br> Chambers 2520 <br><br> Washington, D.C. 20001 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | | NONE (No reportable non-investment income.) | |
| 1 | 1997-99 | District of Columbia Superior Court Judge | $ 301,230.00 |
| 2 | 1997-99 | University of Virginia School of Law -- Lecturer of Trial Advocacy. Spring semesters. | $ 9,500.00 |
| 3 | 1997-99 | Covington & Burling -- Law Partner (S) | |
| 4 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| | **NONE** (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| | **NONE** (No such reportable gifts.) | | |
| 1 | Exempt. | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions )*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| | **NONE** (No reportable liabilities.) [X] | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

\* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 03/26/1999 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period **Exempt** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 AIM International Fund | A | Dividend | P2 | T | | | | | |
| 2 Alliance North American Government Fund | D | Dividend | | | | | | | |
| 3 CRT Government Securities Money Market Fund | C | Interest | | | | | | | |
| 4 Morgan Stanley Dean Witter Active Assets Account | C | Interest | M | T | | | | | |
| 5 Franklin Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 6 Kemper-Dreman High Return Equity Fund | A | Dividend | J | T | | | | | |
| 7 MFS Municipal Bond Fund | C | Dividend | K | T | | | | | |
| 8 MFS Total Return Fund | F | Dividend | L | T | | | | | |
| 9 Putnam International New-Opportunities Fund | C | Dividend | K | T | | | | | |
| 10 Nuveen Municipal Value Fund | B | Interest | K | T | | | | | |
| 11 Alliance Quasar Fund | B | Dividend | K | T | | | | | |
| 12 Templeton Developing Markets Fund | C | Dividend | K | T | | | | | |
| 13 America On-Line | | None | K | T | | | | | |
| 14 Fleet Financial Group Inc. | A | Dividend | J | T | | | | | |
| 15 Omega Healthcare Inc. | A | Dividend | J | T | | | | | |
| 16 AXA-UPA | | None | J | T | | | | | |
| 17 Lucent Technologies | | None | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,000-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions _(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)_

| A. Description of Assets _Indicate where applicable. owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child._ _Place "(X)" after each asset exempt from prior disclosure._ | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period **Exempt** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 FDX Corporation | | None | J | T | | | | | |
| 19 Omega Worldwide Inc. | | None | J | T | | | | | |
| 20 Coatsville PA School District 5.8% due 1/15/99 | B | Interest | | | | | | | |
| 21 Escondido California 3.75% due 7/1/04 | A | Interest | K | T | | | | | |
| 22 Lancaster PA 5.4% due 5/1/13 | C | Interest | K | T | | | | | |
| 23 Montgomery County MD Education 6.125% due 6/1/14 | C | Interest | K | T | | | | | |
| 24 Prince William Co. VA 6.5% due 7/1/21 | B | Interest | K | T | | | | | |
| 25 Bordentown NJ Sewer 7.00% due 12/1/05 | B | Interest | J | T | | | | | |
| 26 Philadelphia PA Hospital 5.25% due 2/15/14 | C | Interest | K | T | | | | | |
| 27 US Treasury Strips Interest Payments due 8/15/15 | B | Interest | | | | | | | |
| 28 US Treasury Strip due 5/15/21 | C | Interest | J | T | | | | | |
| 29 American Express Co. | A | Dividend | J | T | | | | | |
| 30 U.S. Treasury Strips Interest Payments due 8/15/15 | B | Interest | J | T | | | | | |
| 31 Browning Ferris | A | Dividend | J | T | | | | | |
| 32 Browning Ferris ACES | A | Dividend | | | | | | | |
| 33 Walt Disney Co. Holding Co. | | None | J | T | | | | | |
| 34 Rochester Gas & Electric | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period **Exempt** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Sony Corp ADR | A | Dividend | J | T | | | | | |
| 53 Anne Arundell M-TIGRS due 8/1/04 | C | Interest | | | | | | | |
| 54 AT&T | A | Dividend | | | | | | | |
| 55 Atlantic Richfield | A | Dividend | | | | | | | |
| 56 Baker Hughes | A | Dividend | | | | | | | |
| 57 Boeing | A | Dividend | | | | | | | |
| 58 Citicorp Group | A | Dividend | | | | | | | |
| 59 Washington Metro Airport Auth. 7.35% due 10/1/99 | C | Interest | | | | | | | |
| 60 Proctor & Gamble — | A | Dividend | | | | | | | |
| 61 Unilever PLC American Shares | A | Dividend | | | | | | | |
| 62 Washington Metro Airport 5% due 1/1/06 | B | Interest | | | | | | | |
| 63 ARCO Exchange Notes Lyondell | A | Dividend | | | | | | | |
| 64 Nationsbank | D | Dividend | | | | | | | |
| 65 US Treasury Strips due 8/10 | A | Interest | | | | | | | |
| 66 U.S. Treasury Strips due 8/05 | B | Interest | | | | | | | |
| 67 West Virginia 8.6% due 2017 | B | Interest | | | | | | | |
| 68 AES Corp | | None | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

Huvelle, Ellen S.

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period **Exempt** | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | | |
| 35 SCANA Corp. | A | Dividend | J | T | | | | | | |
| 36 American Home Products | A | Dividend | J | T | | | | | | |
| 37 Chevron Corp. | A | Dividend | | | | | | | | |
| 38 Cisco Systems | | None | J | T | | | | | | |
| 39 Computer Associates | A | Dividend | | | | | | | | |
| 40 Dupont | A | Dividend | J | T | | | | | | |
| 41 Emerson Electric | A | Dividend | J | T | | | | | | |
| 42 General Electric | A | Dividend | J | T | | | | | | |
| 43 Intel | A | Dividend | J | T | | | | | | |
| 44 Eli Lilly | A | Dividend | J | T | | | | | | |
| 45 Manulife North American Venture Annuity | | None | M | T | | | | | | |
| 46 Microsoft | | None | J | T | | | | | | |
| 47 Oracle Corp. | | None | K | T | | | | | | |
| 48 Time Warner | A | Dividend | J | T | | | | | | |
| 49 Wal-Mart | | None | J | T | | | | | | |
| 50 Williams Sonoma | | None | J | T | | | | | | |
| 51 Schlumberger | A | Dividend | J | T | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period — **Exempt** | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Agouron Pharmaceutical (S) | | None | J | T | | | | | |
| 70 AIM Constellation Fund (S) | C | Dividend | K | T | | | | | |
| 71 Allstate Corp. (s) | A | Dividend | | | | | | | |
| 72 American Electric Power (S) | A | Dividend | J | T | | | | | |
| 73 Apollo Group Inc. A (S) | | None | J | T | | | | | |
| 74 Bank of New York (S) | A | Dividend | J | T | | | | | |
| 75 Cardinal Health Inc. (S) | A | Dividend | J | T | | | | | |
| 76 Central Newspapers Inc. Class A (S) | | None | J | T | | | | | |
| 77 Coca Cola Enterprises (S) | A | Dividend | J | T | | | | | |
| 78 CRT Tax Exempt Money Market Fund (S) | B | Interest | | | | | | | |
| 79 Diageo PLC Sponsored PLC (S) | A | Dividend | J | T | | | | | |
| 80 Dresser Industries (S) | A | Dividend | | | | | | | |
| 81 Electron Data Systems Corp. (S) | A | Dividend | | | | | | | |
| 82 EMC Corp. Mass (S) | D | Dividend | K | T | | | | | |
| 83 Federated Government Income Securities Fund (S) | C | Dividend | | | | | | | |
| 84 Fidelity Advisers Growth Opportunity Fund (S) | E | Dividend | M | T | | | | | |
| 85 First Data Corp. (S) | A | Dividend | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- | --- |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- | --- |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 6 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period — **Exempt** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 Franklin Small Cap Growth Fund (S) | A | Dividend | K | T | | | | | |
| 87 Fremont General (S) | | None | J | T | | | | | |
| 88 General Nutrition (S) | | None | J | T | | | | | |
| 89 B.F. Goodrich (S) | | None | J | T | | | | | |
| 90 Great Atlantic & Pacific Tea Co. (S) | | None | J | T | | | | | |
| 91 Halliburton Company (s) | A | Dividend | K | T | | | | | |
| 92 Jacor Communications (S) | | None | J | T | | | | | |
| 93 Lincoln National American Legacy II Annuity (S) | | None | L | T | | | | | |
| 94 MBIA Corp. (S) | C | Dividend | | | | | | | |
| 95 MCI Communications (S) | C | Dividend | | | | | | | |
| 96 Medtronic Inc. (S) | A | Dividend | J | T | | | | | |
| 97 MSDW Active Asset Tax Free (S) | B | Interest | K | T | | | | | |
| 98 News Corp. Ltd. Sponsored ADR (S) | A | Dividend | J | T | | | | | |
| 99 Nuveen Municipal Bond Fund (S) | C | Interest | K | T | | | | | |
| 100 Quintiles Transnational (S) | | None | J | T | | | | | |
| 101 Readers Digest Association (S) | | None | J | T | | | | | |
| 102 Schlumberger (S) | | None | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period Exempt | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 Southwest Airlines (S) | A | Dividend | J | T | | | | | |
| 104 Sun Microsystems (S) | D | Dividend | J | T | | | | | |
| 105 Sunguard Data Systems (S) | | None | J | T | | | | | |
| 106 Templeton Foreign Fund (S) | E | Dividend | M | T | | | | | |
| 107 Total SA Sponsored ADR (S) | | None | J | T | | | | | |
| 108 US Treasury Strips Principal Payments due 8/15/15 (S) | C | Interest | K | T | | | | | |
| 109 Vintage Petroleum (S) | | None | J | T | | | | | |
| 110 Washington Gas Light (S) | A | Dividend | J | T | | | | | |
| 111 Weatherford International (S) | | None | J | T | | | | | |
| 112 Werner Enterprises Inc. (S) | | None | J | T | | | | | |
| 113 US Treasury Strips Interest Payments due 8/04 (S) | A | Dividend | | | | | | | |
| 114 Fidelity Ready Assets (JT) | E | Interest | M | T | | | | | |
| 115 First Mercantile National Bank (JT) | E | Dividend | | | | | | | |
| 116 Krupp Realty Limited Partnership (JT) | A | Rent | J | W | | | | | |
| 117 Corporate Realty Limited Partnership (JT) | A | Rent | J | W | | | | | |
| 118 1/3 interest in vacation home in Wellfleet, Mass (S) | C | Rent | M | W | | | | | |
| 119 Greenwood at Cleveland Park LLC (JT) (restaurant) | | None | J | W | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period **Exempt** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 Covington & Burling (S) (law firm) | D | Interest | M | W | | | | | |
| 121 Covington & Burling (S) (law firm) | C | Dividend | M | W | | | | | |
| 122 Alliance Quasar (IRA) | A | Dividend | J | T | | | | | |
| 123 Delaware Small Cap Value Fund (IRA) | C | Dividend | K | T | | | | | |
| 124 Delaware DelCap Concept I Fund (IRA) | C | Dividend | | | | | | | |
| 125 Alliance Quasar (S) (IRA) | A | Dividend | J | T | | | | | |
| 126 Delaware Small Cap Value Fund (S) (IRA) | B | Dividend | K | T | | | | | |
| 127 Delaware DelCap Concept I Fund (S) (IRA) | C | Dividend | | | | | | | |
| 128 DC Retirement | | | K | T | | | | | |
| 129 Williams & Connolly Profit Sharing Retirement Plan | | | N | T | | | | | |
| 130 Williams & Connolly Retirement Savings Plan | | | N | T | | | | | |
| 131 Vanguard Admiral Trsy Fund (S) (Cov. & Burling Retirement) | B | Interest | K | T | | | | | |
| 132 Nations Prime Fund (S) (Cov. & Burling Retirement) | B | Dividend | | | | | | | |
| 133 Vanguard Prime Money Market (S) (Cov & Burling Retirement) | B | Interest | | | | | | | |
| 134 Vanguard Wellington Fund (S) (Cov. & Burling Retirement) | E | Dividend | N | T | | | | | |
| 135 Vanguard S&P 500 Fund (S) (Cov. & Burling Retirement) | D | Dividend | N | T | | | | | |
| 136 Brandywine Fund (S) (Cov. & Burling Retirement) | C | Dividend | M | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period **Exempt** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month- Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 137 Scudder Global (S) (Covington & Burling Retirement) | B | Dividend | | | | | | | |
| 138 MSDW Active Assets Tax Exempt Money Market Fund (DC) | B | Interest | J | T | | | | | |
| 139 Certificates of Accrual Series L due 5/15/00 (DC) | A | Dividend | J | T | | | | | |
| 140 Bell Atlantic (DC) | A | Dividend | K | T | | | | | |
| 141 Bell South (DC) | B | Dividend | L | T | | | | | |
| 142 CRT Tax Exempt Money Market Fund (DC) | A | Dividend | | | | | | | |
| 143 Disney Corp. (DC) | A | Dividend | K | T | | | | | |
| 144 DPL Inc. (DC) | A | Dividend | J | T | | | | | |
| 145 Edison International (DC) | A | Dividend | J | T | | | | | |
| 146 EuroPacific Growth Fund (DC) | D | Dividend | L | T | | | | | |
| 147 Exxon (DC) | A | Dividend | J | T | | | | | |
| 148 General Electric (DC) | A | Dividend | K | T | | | | | |
| 149 General Mills (DC) | A | Dividend | K | T | | | | | |
| 150 Intel Corp. (DC) | A | Dividend | K | T | | | | | |
| 151 International Business Machines (DC) | A | Dividend | K | T | | | | | |
| 152 MFS Emerging Growth Fund (DC) | A | Dividend | J | T | | | | | |
| 153 Pacificorp (DC) | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period **Exempt** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 154 Pfizer (DC) | A | Dividend | K | T | | | | | |
| 155 Washington Mutual Investors Fund (DC) | E | Dividend | M | T | | | | | |
| 156 CBS Corporation (DC) | A | Dividend | J | T | | | | | |
| 157 | | | | | | | | | |
| 158 | | | | | | | | | |
| 159 | | | | | | | | | |
| 160 | | | | | | | | | |
| 161 | | | | | | | | | |
| 162 | | | | | | | | | |
| 163 | | | | | | | | | |
| 164 | | | | | | | | | |
| 165 | | | | | | | | | |
| 166 | | | | | | | | | |
| 167 | | | | | | | | | |
| 168 | | | | | | | | | |
| 169 | | | | | | | | | |
| 170 | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col. C1, D3) O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (Col. C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |